UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURA HILTON and DANIEL METZGER,

        **Plaintiffs,**

v.                                                Case No:   6:17-cv-1427-Orl-37TBS

EXPAND INCORPORATED,

        **Defendant.**

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 13) filed August 30, 2017.   No answer has been filed.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), this case is hereby **DISMISSED**.   The Clerk is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida this 1st day of September, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:   *Pro Se* Parties
             Counsel of Record